IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

INDUSTRIAL REVOLUTION, INC.,

Plaintiff,

v.

CIRCLE SALES & IMPORT LTD.,
CIRCLE SALES & IMPORT USA, INC.,
WALMART, INC., SPORTSMAN'S
GUIDE LLC, and DOES 1-10,

Defendants.

Case No.: 2:26−cv−00885−KKE

**ORDER GRANTING STIPULATED
MOTION FOR EXTENSION OF TIME
FOR DEFENDANT WALMART INC.
TO RESPOND TO COMPLAINT**

Having considered the Stipulated Motion for Extension of Time for Defendant Walmart Inc. to Respond to Complaint and all pleadings and files herein, the Motion is GRANTED.

IT IS HEREBY ORDERED the time for Defendant Walmart Inc. to respond to Plaintiff's Complaint is extended up to and through September 3, 2026.

DATED this 26th day of June 2026.

_____
Kymberly K. Evanson
United States District Judge

Presented by:
SEED IP LAW GROUP LLP

 s/Marc C. Levy
Marc C. Levy, WSBA No. 19203
Kevin S. Costanza, WSBA No. 25153
701 Fifth Ave., Suite 5400
Seattle, WA 98104
MarcL@seedip.com
KevinCo@seedip.com
*Attorneys for Plaintiff*

STIPULATED EXTENSION FOR DEFENDANT
WALMART INC. TO RESPOND TO COMPLAINT